UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHEASTERN LAND INVESTMENTS, LLC and WILSON LAND INVESTMENTS, LLC, | ) ) ) ) |
| Plaintiffs, | ) NO. 3:19-cv-00504 ) |
| v. | ) JUDGE RICHARDSON ) |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court **GRANTS** Defendants' Motion to Dismiss (Doc. No. 4), and Plaintiffs' sole claim is hereby **DISMISSED**. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE